[No. 66574-0-I.   Division One.   July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH WILLIAM SWEET, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06102-1, Ronald Kessler, J., entered January 18, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Grosse and Ellington, JJ.

[No. 66701-7-I.   Division One.   July 23, 2012.]

*In the Matter of the Parentage of* R.D.C.

JAMES D. CHRISTIANSON, *Appellant*, v. SEDERIS W. WRIGHT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-5-00795-6, Jim Rogers, J., entered January 21, 2011. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Becker, J.

[No. 66746-7-I.   Division One.   July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN CASTILLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00970-6, Theresa B. Doyle, J., entered February 1, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Ellington, JJ.

[No. 66747-5-I.   Division One.   July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MUHAMET M. SUMAJ, *Appellant*.

The unpublished opinion in this cause and the prior order amending that opinion were *withdrawn* by order of the Court of Appeals dated April 29, 2013. Substitute opinion filed. See 174 Wn. App. 1052.